# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case. No. 7:00-CR-27-HL** |
| | : | |
| **WILTON MICHAEL TOMLINSON.** | : | |

## ORDER

Upon the motion of the Government, and for the reasons set forth in that motion, the pending indictment against Wilton Michael Tomlinson is hereby dismissed.

**SO ORDERED**, this the  7th  day of January, 2014

                                                   s/Hugh Lawson
                                                 **HUGH LAWSON, JUDGE**